UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LORETTA MURRAY *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:15-cv-284-TAV-CCS |
| ) | |
| FRANK WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral Order [Doc. 24] of the Chief District Judge.

Now before the Court is an Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 91]. The Motion requests that the Court permit the Plaintiffs to proceed with their appeal and "proceed in District Court" without prepayment of fees and costs. The Plaintiffs assert that they were previously granted "pauper status" by the Court at the beginning of the suit. The Plaintiffs state that they rely on their previously filed applications for in forma pauperis status. The Plaintiffs state that they are unable to pay the costs of these proceedings and are entitled to the relief requested.

Pursuant to Federal Rule of Appellate Procedure 24(a)(3), "A party who was permitted to proceed in forma pauperis in the district-court action. . . may proceed on appeal in forma pauperis without further authorization" unless the district court certifies that the appeal is not taken in good faith, or the party is not otherwise entitled to proceed in forma pauperis, or a statute provides otherwise. In the instant matter, the Plaintiffs were granted leave to proceed in forma pauperis upon filing their lawsuit. Accordingly, the Plaintiffs' Application to Proceed in District Court

Without Prepaying Fees or Costs [**Doc. 91**] is **GRANTED** to the extent it requests that the Plaintiffs be able to proceed on appeal without the payment of costs.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge