UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LORETTA MURRAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-284-TAV-CCS |
| | ) | |
| FRANK WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr., on May 9, 2017 (the "R&R") [Doc. 100], and on plaintiffs' Petition for Writ of Supersedeas and Application for Temporary Stay Pending Appeal [Doc. 101]. Defendants filed a response and supplement to plaintiffs' petition [Docs. 102, 103].

In the R&R, Magistrate Judge Shirley recommends that plaintiffs' Motion for Stay of Execution of Sanction [Doc. 92] be denied. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The Court does note that plaintiffs' Petition for Writ of Supersedeas and Application for Temporary Stay Pending Appeal [Doc. 101] appears to address the same subject matter as the R&R. However, as noted in defendants' supplement, plaintiffs have acknowledged that they filed the petition in this Court in error and actually intended to file the document in the Sixth Circuit [Doc. 103-1]. As such, the Court will deny the petition.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 100]. As such, Plaintiffs' Motion for Stay of Execution of Sanction [Doc. 92] is hereby **DENIED**. In addition, plaintiffs' Petition for Writ of Supersedeas and Application for Temporary Stay Pending Appeal [Doc. 101] is also **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE